UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. 21-mj-339 |
| : | |
| **CHRISTOPHER HAM,** : | |
| Defendant. : | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter, currently scheduled for May 20, 2021, until June 28, 2021. In support thereof, the government states as follows:

1. On April 6, 2021, the defendant was arrested and charged by Criminal Complaint with Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b) and other related charges. Following a hearing on that date, this Court ordered that the defendant be detained pending trial. A preliminary hearing was set for April 20, 2021.

2. On March 5, 2021, the Court issued a Standing Order, which allows for the limited resumption of jury trials. However, the Chief Judge has ordered that for all trials that cannot be tried with consistently with the health and safety protocols laid out in the Order, the time period between March 17, 2021 and August 31, 2021 is excluded under the Speedy Trial Act. *In re: Limited Resumption of Criminal Jury Trials in Light of Current Circumstances Relating to the Covid-19 Pandemic*, Standing Order 21-10(BAH) (March 5, 2021).

1

3. On April 20, 2021, following a Consent Motion to Continue filed by the parties, this Court continued the Preliminary Hearing from April 20, 2021 until May 20, 2021. The Court ordered that that consistent with Standing Order No. 21-10, and the reasons stated in the Consent Motion filed by the parties, the interests and ends of justice were best served and outweighed the interests of the public and the defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161, the time from April 20, 2021 until May 20, 2021 was excluded in computing the date for speedy trial in this case.

4. The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter without the necessity of a trial. The government has also produced the first round of discovery, which defense counsel needs time to review with his client.

5. The parties, therefore, would respectfully request that the Preliminary Hearing be continued until June 28, 2021. Consistent with the reasons stated in Standing Order No. 21-10, as well as those detailed above, the parties agree that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and that this adjournment will allow the parties to continue negotiations in an effort to achieve a resolution before trial. Therefore, the parties agree that pursuant to 18 U.S.C. § 3161, the time from May 20, 2021 through the next court date shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until June 28, 2021, or to a date after that date convenient to the Court's calendar.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   /s/
AMY E. LARSON
Assistant United States Attorney
N.Y. Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7863
Amy.Larson2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 21-mj-339 |
| | : |
| CHRISTOPHER HAM, | : |
| Defendant. | : |

**ORDER**

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the parties shall appear for a Preliminary Hearing at_____ on June__, 2021. It is further

ORDERED that consistent with Standing Order No. 21-10, and the reasons stated in the Consent Motion filed by the parties, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161, the time from May 20, 2021 until June __, 2021 shall be excluded in computing the date for speedy trial in this case.

_____
The Honorable Judge Robin M. Meriweather